UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK COVELLO, et al.,<br><br>  Defendants. | No. 2:23-cv-0336 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On March 2, 2023, the court recommended that plaintiff's application for leave to proceed in forma pauperis be denied. On March 27, 2023, plaintiff paid the $402 filing fee for this action. Accordingly, IT IS HEREBY ORDERED that the court's March 2, 2023 findings and recommendations are vacated and plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied as moot.

Dated: March 28, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cros0336.fee