UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON R. CROSS,<br><br>   Plaintiff,<br><br>   v.<br><br>PATRICK COVELLO, et al.,<br><br>   Defendants. | No. 2:23-cv-0336 KJM CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted until July 5, 2023 to file an amended complaint. Failure to file an amended complaint by that date will result in recommendation that this action be dismissed.

Dated: May 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
cros0336.36

1